LEWELLA C. OAKES, Appellant, *v.* FRANCIS J. OAKES et al. Respondents.

*Oakes* v. *Oakes,* 55 App. Div. 576, affirmed.
(Argued June 6, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1900, affirming an order of Special Term granting a motion to dismiss the complaint.

*Benjamin F. Spellman* for appellant.

*Alexander H. Van Cott* for respondents.

Order affirmed, with costs, on the prevailing opinion below.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.